IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELISEO NAVEDO, | : | CIVIL NO. 3:17-cv-1648 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# **ORDER**

AND NOW, to wit, this 19th day of September 2017, upon preliminary consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and in accordance with the court's Memorandum of the same date, IT IS HEREBY ORDERED THAT:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED. See R. Governing § 2254 Cases R. 4.

2. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

> BY THE COURT:
>
> s/James M. Munley
> **JUDGE JAMES M. MUNLEY**
> **United States District Court**